UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                )
IN RE YASMIN AND YAZ (DROSPIRENONE) )         3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND     )
PRODUCTS LIABILITY LITIGATION      )          MDL No. 2100
_____)

**This Document Relates to:**
_____

**CATHY M. WALTON,**

    **Plaintiff,**                            Case No. 3:09-cv-10217-DRH -PMF

**v.**

**BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER
PHARMACEUTICALS
CORPORATION, BAYER
HEALTHCARE PHARMACEUTICALS
INC., BERLEX LABORATORIES, INC.,
BERLEX, INC., JOHN DOE
MANUFACTURERS A-Z,
JOHN DOE DISTRIBUTORS A-Z,**

    **Defendants**
_____

## ORDER

**HERNDON, Chief Judge:**

        This matter comes before the Court on Niemann Foods Motion to Strike Plaintiff's Response to Niemann Foods' Motion to Dismiss . (3:09-cv-10217 Doc. 25). On February 26, 2010 the Court Granted the Motion to Dismiss (3:09-cv-10217 Doc. 34). Thus, the Court **DENIES as moot** Niemann Foods Motion to Strike.

(3:09-cv-10217 Doc. 25).

**IT IS SO ORDERED**

DATE: March 1, 2010                          /s/  David R Herndon
                                             Chief Judge
                                             United States District for the
                                             Southern District of Illinois