UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| **IN RE: YASMIN AND YAZ** | ) | **3:09-md-02100-DRH-PMF** |
| **(DROSPIRENONE)** | ) | **MDL No. 2100** |
| **MARKETING, SALES** | ) | |
| **PRACTICES AND PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |

_____

**This Document Relates to:**

Hannah Nall v. Bayer Corp. et al. No. 3:10-cv-10023-DRH-PMF

Cathy Walton v. Bayer Corp. et al. No. 3:09-cv-10217-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 18, 2010, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
>
> BY:       /s/*Sandy Pannier*
>           **Deputy Clerk**

Dated: October 19, 2010

APPROVED:   David R. Herndon
            2010.10.19 11:12:08
            -05'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT